| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Gary Roger Mayfield** | Social Security number or ITIN | **xxx–xx–5945** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rena Kay Mayfield** | Social Security number or ITIN | **xxx–xx–9348** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Texas** | | Date case filed for chapter **7**   **3/12/19** | |
| Case number:   **19–20074–rlj7** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Gary Roger Mayfield | Rena Kay Mayfield |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 19131 Edge Cove Dr.<br>Canyon, TX 79015 | 19131 Edge Cove Dr.<br>Canyon, TX 79015 |
| 4. | **Debtor's attorney**<br>Name and address | Van W. Northern<br>Northern Legal PC<br>112 W. 8th Street, Suite 508<br>Amarillo, TX 79101 | Contact Phone: 806–374–2266<br><br>Email:  northernlaw@suddenlinkmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kent David Ries<br>2700 S. Western Street<br>Suite 300<br>Amarillo, TX 79109 | Contact Phone: (806) 242–7437<br><br>Email:  trustee@kentries.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 205 East Fifth Street, Room 201D<br>Amarillo, TX 79101–1559 | Hours open:<br>Mon.–Fri. 8:30–4:30<br><br>Contact Phone: 806–324–2302<br><br>Date: 3/13/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 17, 2019 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**U.S. Courthouse, 205 E. Fifth St., Room 26, Amarillo, TX 79101** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/17/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                           United States Bankruptcy Court
                             Northern District of Texas
In re:                                                            Case No. 19-20074-rlj
Gary Roger Mayfield                                               Chapter 7
Rena Kay Mayfield
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0539-2          User: gluna                 Page 1 of 3              Date Rcvd: Mar 13, 2019
                              Form ID: 309A               Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db/jdb         +Gary Roger Mayfield,    Rena Kay Mayfield,    19131 Edge Cove Dr.,    Canyon, TX 79015-6848
tr             +Kent David Ries,    2700 S. Western Street,    Suite 300,    Amarillo, TX 79109-1536
18503309       +Advance Merchant Service,    116 Nassau St,    Suite 804,    New York, NY 10038-2481
18503311       +Amarillo National Bank,    Attn: Bankruptcy,    PO Box 1,    Amarillo, TX 79105-0001
18503312       +Amazon Inc,    PO Box 81226,    Seattle, WA 98108-1300
18503315       +Ameriquest,    2929 Expressway Dr. N,    Suite 300,    Islandia, NY 11749-5302
18503316       +Anthony Steel,    1510 Mosely,    Irving, Texas 75060-5729
18503317       +Attorney-In-Charge,    Office of The United States Attorney,    500 S. Taylor, Lobby Box 238,
                 Amarillo, Texas 79101-2446
18503319        BioLab Inc,    1725 North Brown Road,    Lawrenceville, Georgia 30043-8119
18503320       +Bluewater Swimming Pool,    3331 Tumato Trail,    Dallas, TX 75212-3249
18503321       +Business Mechand Funding,    680 Central Ave,    Cedarhurst, NY 11516-2329
18503323       +Caterpiller Finance,    2120 West End Ave,    Nashville, TN 37203-5341
18503324       +Charles Blake Stringer,    PO BOX 1084,    Dumas, Texas 79029-1084
18503325       +Chase Mortgage,    Mail Code: OH4-7302,    PO Box 24696,    Columbus, OH 43224-0696
18503326       +Christopher M. Mulhearn, Esq,    1300 Division Road Suite 304,    West Warwick, RI 02893-7558
18503331       +Complete Business Solution Group-CBSG,    22 N. 3rd St,    Philadelphia, PA 19106-2113
18503332       +Comptroller of Public Accounts,    Taxation Division Bankruptcy,    P.O. Box 12548,
                 Austin, Texas 78711-2548
18503333       +Conduent-Abilene Higher Edu,    Attn: Claims Department,    PO Box 7051,    Utica, NY 13504-7051
18503334       +Cover Care,    5050 Quorum Dr.,    Suite 700,    Dallas, TX 75254-1410
18503338      #+First Mortgage Co Llc,    Attn: Bankruptcy,    6701 Broadway   Ste 400,
                 Oklahoma City, OK 73116-8213
18503339       +Firstland Mortgage Ser,    6242 E 41st St,    Tulsa, OK 74135-6118
18503341       +Greenburg, Grant & Richards,    5858 Westheimer Rd,    5th Floor Ste 500,
                 Houston, TX 77057-5645
18503342       +Happy State Bank-son,    701 S Taylor St,    Amarillo, TX 79101-2405
18503343       +Hycite Consumer Fina,    333 Holtzman Rd,    Madison, WI 53713-2109
18503344       +Hydranga Capital,    55 Pine St,    Providence, RI 02903-2841
18503345       +IKHAN LLC,    160 Pearl St.-4th floor,    New York, NY 10005-1627
18503346       +Independance Bank -SBA,    1370 S. County Trail,    East Greenwich, RI 02818-1625
18503354       +Nissan Motor Acceptance,    Attn: Bankruptcy Dept,    PO Box 660360,    Dallas, TX 75266-0360
18503355       +Panhandle-Plains Student Loan Center,    1303 23rd Street,    PO Box 839,    Canyon, TX 79015-0839
18503358        Perdue Brandon et al - -Amarillo,    PO Box 9132,    Amarillo, TX 79105-9132
18503357       +Perdue Brandon et al -Lubbock,    PO Box 817,    Lubbock, TX 79408-0817
18503359        Premier Financial,    17885 Sky Park Cir Ste F,    Irvine, CA 92614-6307
18503363        Suntrust,    Location permantly closed,    San Diego, CA 92101
18503371       +TD Retail Card Services,    Attn: Bankruptcy,    1000 MacArthur Blvd,    Mahwah, NJ 07430-2035
18503373       +Tim Newsome, Attorney,    1001 S. Harrison, Suite 200,    Amarillo, Texas 79101-3434
18503378       +US Deptartment of Education-Great Lakes,    Attn: Bankruptcy,    PO Box 7860,
                 Madison, WI 53707-7860
18503380       +Warren Power & Machinery,    PO Box 60662,    Midland, Texas 79711-0662
18503383        Wex Bank Gas,    PO Box 6293,    Carol Stream, IL 60197-6293
18503384       +World Global Capital LLC,    30 Broad St, No. 14,    New York, NY 10004-2906

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: northernlaw@suddenlinkmail.com Mar 14 2019 00:15:44      Van W. Northern,
                 Northern Legal PC,    112 W. 8th Street, Suite 508,    Amarillo, TX  79101
cr             +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
18503308       +E-mail/Text: bkrnotice@abileneteachersfcu.org Mar 14 2019 00:18:36      Abilene Teachers FCU,
                 Attn: Bankruptcy,    PO Box 5706,    Abilene, TX 79608-5706
18503310       +EDI: GMACFS.COM Mar 14 2019 03:18:00      Ally Financial,    Attn: Bankruptcy Dept,
                 PO Box 380901,    Bloomington, MN 55438-0901
18503314       +EDI: PHINAMERI.COM Mar 14 2019 03:18:00      AmeriCredit-GM Financial,    Attn: Bankruptcy,
                 PO Box 183853,    Arlington, TX 76096-3853
18503313        EDI: AMEREXPR.COM Mar 14 2019 03:18:00      American Express,    PO Box 297879,
                 Ft. Lauderdale, FL 33329-7879
18503318        E-mail/Text: bankruptcy@bbandt.com Mar 14 2019 00:16:58      BB & T,    Attn: Bankruptcy,
                 PO Box 1847,    Wilson, NC 27894
18503322       +E-mail/Text: bkdept@cancapital.com Mar 14 2019 00:15:52      CAN Capital,    2015 Vaughn Rd NW,
                 Building 500,    Kennesaw, GA 30144-7831
18503327       +EDI: WFNNB.COM Mar 14 2019 03:18:00      Comenity Bank-Buckle,    Attn: Bankruptcy,
                 PO Box 182125,    Columbus, OH 43218-2125
18503328       +EDI: WFNNB.COM Mar 14 2019 03:18:00      Comenity Bank-Express,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
18503329       +EDI: WFNNB.COM Mar 14 2019 03:18:00      Comenity bank-J Crew,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
18503330       +EDI: WFNNB.COM Mar 14 2019 03:18:00      Comenitybank-anntylr,    Attn: Bankruptcy Dept,
                 PO Box 182125,    Columbus, OH 43218-2125
18503335       +EDI: CCS.COM Mar 14 2019 03:18:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
```

```
District/off: 0539-2          User: gluna              Page 2 of 3              Date Rcvd: Mar 13, 2019
                              Form ID: 309A            Total Noticed: 80
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
18503336       +EDI: WFFC.COM Mar 14 2019 03:18:00      Dillards Card Srvs-Wells Fargo Bank Na,    PO Box 10347,
                 Des Moines, IA 50306-0347
18503337       +EDI: DISCOVER.COM Mar 14 2019 03:18:00      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
18503340       +EDI: PHINGENESIS Mar 14 2019 03:18:00      Genesis Financial-Jared,    Genesis FS Card Services,
                 PO Box 4477,    Beaverton, OR 97076-4401
18503347        EDI: IRS.COM Mar 14 2019 03:18:00      Internal Revenue Service,    Special Procedures Branch,
                 Mail Code 5020-DAL,     1100 Commerce Street, Room 9B8,    Dallas, Texas 75242
18503349       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Mar 14 2019 00:19:46       Kabbage,
                 925B Peachtree Street NE,    Suite 1688,    Atlanta, GA 30309-3918
18503350       +E-mail/Text: angie@lpfinanceinc.com Mar 14 2019 00:18:11       Lp Financial Inc,
                 506 Twin Oaks Dr,    Johnson City, TN 37601-7610
18503351       +EDI: MERRICKBANK.COM Mar 14 2019 03:18:00      Merrick Bank-CardWorks,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
18503352       +E-mail/Text: jduty@nationalfunding.com Mar 14 2019 00:20:10       National Funding Inc,
                 9820 Towne Centre Drive,    San Diego, CA 92121-1944
18503353       +E-mail/Text: electronicbkydocs@nelnet.net Mar 14 2019 00:17:58       Nelnet,    Attn: Claims,
                 PO Box 82505,    Lincoln, NE 68501-2505
18503847       +EDI: PRA.COM Mar 14 2019 03:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
18503356       +E-mail/Text: teresa@parfunding.com Mar 14 2019 00:20:03       Par Funding,    20 N 3rd St,
                 Philadelphia, PA 19106-2118
18503360       +E-mail/Text: ecf@salisianlee.com Mar 14 2019 00:19:43       Salisian-Lee LLP,
                 550 South Hope St, Suite 750,    Los Angeles, CA 90071-2686
18503361        E-mail/Text: dallas.bnc@ssa.gov Mar 14 2019 00:18:38       Social Security Administration,
                 601 E. 12th St,    Kansas City, MO 64106-2859
18503362       +EDI: STF1.COM Mar 14 2019 03:18:00      Suntrust,    Attn: Bankruptcy,
                 Mail Code VA-RVW-6290 PO Box 85092,     Richmond, VA 23285-5092
18503364       +EDI: STF1.COM Mar 14 2019 03:18:00      Suntrust Bk Tampa Bay,    Attn: Bankruptcy,
                 Mail Code VA-RVW-6290 PO Box 85092,     Richmond, VA 23285-5092
18503365       +EDI: RMSC.COM Mar 14 2019 03:18:00      Syncb-Toys R Us,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
18503366       +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
18503367       +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank-Amazon,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
18503368       +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank-Chevron,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
18503369       +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank-Sams,    Attn: Bankruptcy,    PO Box 965060,
                 Orlando, FL 32896-5060
18503370       +EDI: RMSC.COM Mar 14 2019 03:18:00      Synchrony Bank-Walmart,    Attn: Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL 32896-5060
18503374        EDI: TFSR.COM Mar 14 2019 03:18:00      Toyota Financial Services,    Attn: Bankruptcy,
                 PO Box 8026,    Cedar Rapids, IA 52409
18503372       +E-mail/Text: ridpacer@twc.state.tx.us Mar 14 2019 00:19:21       Texas Workforce Commission,
                 101 E. 15th Street,    Austin, Texas 78778-0001
18503375       +E-mail/Text: bankruptcydepartment@tsico.com Mar 14 2019 00:19:35       Transworld System Inc,
                 500 Virginia Dr, suite 514,    Ft. Washington, PA 19034-2707
18503377        EDI: USBANKARS.COM Mar 14 2019 03:18:00      US Bank,    POBox 5229,    Cincinnati, OH 45201
18503379        E-mail/Text: ustpregion06.da.ecf@usdoj.gov Mar 14 2019 00:17:20       UST U.S. Trustee,
                 1100 Commerce Street,    Room 976,    Dallas, TX 75242-1011
18503381        EDI: WFFC.COM Mar 14 2019 03:18:00      Wells Fargo,    MAC 52101-050,    PO Box 29482,
                 Phoenix, AZ 85038-9482
18503382       +EDI: WFFC.COM Mar 14 2019 03:18:00      Wells Fargo Home Mortgage,    Attn: Bankruptcy,
                 PO Box 10335,    Des Moines, IA 50306-0335
                                                                                               TOTAL: 41

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18503376          UCCI
18503348*        +Internal Revenue Services,   P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0539-2          User: gluna              Page 3 of 3            Date Rcvd: Mar 13, 2019
                              Form ID: 309A            Total Noticed: 80
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Kent David Ries    trustee@kentries.com,  TX41@ecfcbis.com
              United States Trustee    ustpregion06.da.ecf@usdoj.gov
              Van W. Northern    on behalf of Debtor Gary Roger Mayfield northernlaw@suddenlinkmail.com,
               knorthern@suddenlinkmail.com;northernlawfirm@gmail.com
              Van W. Northern    on behalf of Joint Debtor Rena Kay Mayfield northernlaw@suddenlinkmail.com,
               knorthern@suddenlinkmail.com;northernlawfirm@gmail.com
                                                                                         TOTAL: 4
```